**IN RE** Morris, Melody Diona                                                                Case No. _____
                                   Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking account at Bank of America in Culver City | CCCP § 703.140(b)(5) | 200.00 | 200.00 |
| Household furnishings | CCCP § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| Clothing | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| Jewelery | CCCP § 703.140(b)(4) | 1,000.00 | 1,000.00 |
| STRS retirement account with LAUSD | CCCP § 703.140(b)(10)(E) | 1,000.00 | 1,000.00 |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT