IN RE Morris, Melody Diona                                                                                              Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3765494<br>American Agencies<br>2158 W 190th St<br>Torrance, CA 90504-6103 | | | 08/2002<br>Collection agency<br>Pacific Bell | | | | 223.00 |
| Account No. S00995<br>American General Finance<br>20038 Hawthorne Blvd<br>Torrance, CA 90503-1518 | | | 2000<br>Court judgment | | | | 1,129.00 |
| Account No. 541931059162<br>Assoc/Citi<br>110 Lake Dr<br>Newark, DE 19702-3317 | | | 1997 - 2004<br>Credit card | | | | 2,129.00 |
| Account No. 2222521002749912<br>Capital One<br>PO Box 85015<br>Richmond, VA 23285-5015 | | | 2001 - 2004<br>Credit card | | | | 1,364.00 |
| Account No. 674097<br>Certergy Payment Recovery<br>PO Box 30272<br>Tampa, FL 33630-3272 | | | 02/2001<br>Collection agency<br>Footlocker | | | | 77.00 |
| _3_ Continuation Sheets attached | | | | | Subtotal<br>(Total of this page) | | 4,922.00 |
| | | | (Complete only on last sheet of Schedule F) **TOTAL** | | | | |
| | | | (Report total also on Summary of Schedules) | | | | |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE __Morris, Melody Diona_____    Case No. _____
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 54859170627<br>Citicorp Choice<br>701 E 60th St N<br>Sioux Falls, SD  57104-0432 | | | 2003<br>Non-dischargeable student loan | | | | 19,899.00 |
| Account No. 54859170628<br>Citicorp Choice<br>701 E 60th St N<br>Sioux Falls, SD  57104-0432 | | | 2003<br>Non-dischargeable student loan | | | | 14,353.00 |
| Account No. 64986551<br>Collectech<br>26541 Agoura Rd<br>Calabasas, CA  91302-1958 | | | 11/2002<br>Collection agency<br>Sprint | | | | 428.00 |
| Account No.<br>Financial Asset Mgt | | | Assignee or other notification for:<br>Collectech | | | | |
| Account No. 5017006032911023<br>Comcast<br>PO Box 173908<br>Denver, CO  80217-3908 | | | 2004<br>Telephone bill | | | | 104.00 |
| Account No. 23769991<br>Credit Management<br>4200 International Pkwy<br>Carrollton, TX  75007-1912 | | | 09/2002<br>Collection agency<br>ATT Broadband | | | | 110.00 |
| Account No. 24216982<br>Credit Management<br>4200 International Pkwy<br>Carrollton, TX  75007-1912 | | | 12/2002<br>Collection agency<br>ATT Broadband | | | | 52.00 |

Sheet ___1___ of ___3___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    34,946.00

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Morris, Melody Diona _____ Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 301068412<br>CREDIT PROTECTION<br>14001 DALLAS PKWY<br>DALLAS, TX 75240-4346 | | | 12/1999<br>Collection agency<br>Time Warner | | | | 70.00 |
| Account No.<br>CREDIT PROTECTION<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | | | Assignee or other notification for:<br>CREDIT PROTECTION | | | | |
| Account No. 6008898233395303<br>JC Penney<br>PO Box 27570<br>Albuquerque, NM 87125-7570 | | | 1996 - 2004<br>Charge account | | | | 57.00 |
| Account No.<br>Jc Penney<br>PO Box 960001<br>Orlando, FL 32896-0001 | | | Assignee or other notification for:<br>JC Penney | | | | |
| Account No. 10034049<br>Marlin Integrated Capital<br>PO Box 8592<br>Philadelphia, PA 19101-8592 | | | 12/2001<br>Collection agency<br>Airport Marina Honda | | | | 308.00 |
| Account No. 7925<br>Medical Imaging Center Of So Cal<br>2827 Wilshire Blvd<br>Santa Monica, CA 90403-4801 | | | 2003<br>Medical bill | | | | 75.00 |
| Account No. 75679272595<br>MERVYN'S<br>PO BOX 1334<br>MINNEAPOLIS, MN 55440-1334 | | | 1997 - 2004<br>Charge account | | | | 194.00 |

Sheet ___2___ of ___3___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  704.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Morris, Melody Diona**                                                                                       Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 20513<br>NORDSTROM<br>PO BOX 6566<br>ENGLEWOOD, CO 80155-6566 | | | 2001 - 2004<br>Charge account | | | | 1,123.00 |
| Account No. 1380916<br>Statewide Credit<br>101 W Ohio St Ste 2150<br>Indianapolis, IN 46204-4205 | | | 12/2000<br>Collection agency<br>Brylane Home | | | | 89.00 |
| Account No. 930799651490<br>Target<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3401 | | | 1997 - 2004<br>Charge account | | | | 160.00 |
| Account No. 280039211705<br>Unifund Co<br>10751 Montgomery Rd<br>Cincinnati, OH 45242-3256 | | | 05/2001<br>Collection agency<br>Citibank | | | | 1,229.00 |
| Account No. 12838164<br>Wells Fargo Ed Fin Svc<br>301 E 58th St N<br>Sioux Falls, SD 57104-0422 | | | 2002<br>Dischargeable student loan | | | | 11,240.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet __3__ of __3__ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **13,841.00**

(Complete only on last sheet of Schedule F) **TOTAL 54,413.00**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS