IN RE **Morris, Melody Diona** _____ Case No. _____
                                  Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 679.00 |
| Are real estate taxes included?    Yes ___    No ✓ | |
| Is property insurance included?    Yes ___    No ✓ | |
| Utilities:  Electricity and heating fuel | $ 70.00 |
|           Water and sewer | $ 45.00 |
|           Telephone | $ 50.00 |
|           Other **Cell Phone** | $ 60.00 |
|                 **Gas** | $ 45.00 |
|                 **Cable** | $ 20.00 |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 200.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 60.00 |
| Medical and dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 175.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 40.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ |
|     Life | $ |
|     Health | $ |
|     Auto | $ 200.00 |
|     Other  **Auto Repairs, Registration And Maintenance** | $ 75.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ |
|     Other | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ **1,859.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ 2,296.14 |
| B.  Total projected monthly expenses | $ 1,859.00 |
| C.  Excess income (A minus B) | $ 437.14 |
| D.  Total amount to be paid into plan each **Monthly** _____ | $ 439.00 |
|                                                           (interval) | |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only