**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

IN RE:                                                                                    Case No. _____

Morris, Melody Diona                                                      Chapter **13**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**4**__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **February 14, 2004**     Signature: _____
                                                    **Melody Diona Morris**                                                    Debtor

Date: _____     Signature: _____
                                                                                                                              Joint Debtor, if any

Date: **February 14, 2004**     Signature: _____
                                                    **Tyson Takeuchi #177419**                                    Attorney (if applicable)

VERIFICATION OF CREDITOR MAILING LIST