Melody Diona Morris
13175 Fountain Park Drive Apt A217
Playa Vista, CA  90094


Tyson Takeuchi
Attorney At Law
3699 Wilshire Blvd Suite 1260
Los Angeles, CA  90010


United States Trustee
725 S Figueroa St 26th Fl
Los Angeles, CA  90017

American Agencies
2158 W 190th St
Torrance, CA  90504-6103


American General Finance
20038 Hawthorne Blvd
Torrance, CA  90503-1518


Assoc/Citi
110 Lake Dr
Newark, DE  19702-3317


Capital One
PO Box 85015
Richmond, VA  23285-5015


Certegy Payment Recovery
PO Box 30272
Tampa, FL  33630-3272


Citicorp Choice
701 E 60th St N
Sioux Falls, SD  57104-0432


Collectech
26541 Agoura Rd
Calabasas, CA  91302-1958


Comcast
PO Box 173908
Denver, CO  80217-3908


Credit Management
4200 International Pkwy
Carrollton, TX  75007-1912

CREDIT PROTECTION
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837


CREDIT PROTECTION
14001 DALLAS PKWY
DALLAS, TX  75240-4346


Jc Penney
PO Box 960001
Orlando, FL  32896-0001


JC Penney
PO Box 27570
Albuquerque, NM  87125-7570


Marlin Integrated Capital
PO Box 8592
Philadelphia, PA  19101-8592


Medical Imaging Center Of So Cal
2827 Wilshire Blvd
Santa Monica, CA  90403-4801


MERVYN'S
PO BOX 1334
MINNEAPOLIS, MN  55440-1334


NORDSTROM
PO BOX 6566
ENGLEWOOD, CO  80155-6566


Statewide Credit
101 W Ohio St Ste 2150
Indianapolis, IN  46204-4205

Target
3701 Wayzata Blvd
Minneapolis, MN  55416-3401


Unifund Co
10751 Montgomery Rd
Cincinnati, OH  45242-3256


Wells Fargo Ed Fin Svc
301 E 58th St N
Sioux Falls, SD  57104-0422


WFS Financial
PO Box 19752
Irvine, CA  92623-9752