FORM B9I (Chapter 13) (12/03)

| UNITED STATES BANKRUPTCY COURT | Central District of California |
|---|---|

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on February 18, 2004.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, United States Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address)<br>MORRIS, MELODY DIONA<br><br>13175 FOUNTAIN PK DR APT A217<br>PLAYA VISTA, CA 90094 | **Case Number: LA 04-13573-BR** |
|---|---|
| | Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br><br>Dbt SSN: XXX-XX-1706     EIN/Tax I.D.:<br>JDbt SSN:               EIN/Tax I.D.: |
| All Other Names used by the Debtor(s) in the last 6 years (include married, maiden, and trade names):<br>Debtor:<br><br>Joint Debtor: | Bankruptcy Trustee (name, address, telephone)<br>NANCY K CURRY<br>606 S. OLIVE ST, SUITE 1850<br>LOS ANGELES, CA 90014<br><br>Telephone number: (213) 689-3014 |
| Attorney for Debtor(s) (name, address, telephone)<br>TYSON TAKEUCHI<br>TYSON TAKEUCHI ATTORNEY AT LAW<br>3699 WILSHIRE BLVD  SUITE 1260<br>LOS ANGELES, CA 90010<br>Telephone number: (213) 637-1566 | |

### Meeting of Creditors

**Date:** March 30, 2004    **Time:** 12:00 P.M.    **Location:** 725 South Figueroa St., Room 103, Los Angeles, CA 90017

### Deadlines

Papers *must* be received by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): June 28, 2004

For a governmental unit: **180 days from the date of the order for relief (11 U.S. C. §502(b)(9))**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors

### Hearing on Confirmation of Plan

**Date:** June 9, 2004    **Time:** 10:00 a.m.

**Location:** 255 E. Temple St., Courtroom 1668, Los Angeles, CA 90012

The plan or a summary of the plan will be sent separately by the debtor.

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Telephone number: (213) 894-3118 | **For the Court:**<br>Clerk of the Bankruptcy Court<br>Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 A.M to 4:00 P.M. | Date: February 19, 2004 |

(Form Rev. 12/03: 341 B9I)                                     25 /LLI

**EXPLANATIONS** FORM B9I (12/03)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business unless the court orders otherwise. |
| Objections to Plan Confirmation | If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objections with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee no less than 8 days before the Section 341(a) meeting. Unless you timely file a written objection to the plan and appear at the confirmations hearing, the Court will treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan. |
| Creditors May Not Take Certain Actions | Prohibited collection actions against the debtor and certain co-debtors are listed in Bankruptcy Code §362 and §1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Confirmation Hearing | A hearing on confirmation of the debtor(s) plan is scheduled for the date, time and location listed on the front side. The debtor is required to give written notice of a hearing on confirmation to all creditors and other interested parties, along with service of the Chapter 13 plan at least 33 days before the date first set for the Section 341(a) meeting. If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is not ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or continue the confirmation hearing to a later date. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case although you may retain certain lien rights. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may not try to collect the debt from the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Failure to Appear at the Section 341 (a) Meeting and Hearing of Confirmation of Chapter 13 Plan | Appearance by debtor(s) and the attorney for the debtor(s) is required at both the Section 341(a) meeting and the confirmation hearing. Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting and/or the confirmation hearing may result in dismissal of the case. The dismissal order may include prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g). |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, United States Federal Building, 300 North Los Angeles Street, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

**---Refer to Other Side For Important Deadlines and Notices---**

FORM B10 (Official Form 10)(12/03)

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>MORRIS, MELODY DIONA | Case Number<br>LA 04-13573-BR<br><br>Credit id: | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | *04-13573-BR* |
|---|---|---|
| Name and Address where notices should be sent:<br><br><br><br>Telephone Number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim         a previously filed claim, dated:_____<br>                   ☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
         (date)                  (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $_____  _____  _____  _____
                                                (unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
  ☐ Other_____

Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

  Amount entitled to priority $_____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

6. **Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

7. **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

8. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

9. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

# CERTIFICATE OF SERVICE

```
District/off: 0973-2          User: LLI              Page 1 of 1                Date Rcvd: Feb 20, 2004
Case: 04-13573-BR             Form ID: B9I           Total Served: 29
```

The following entities were served by first class mail on Feb 22, 2004.
```
D          MORRIS, MELODY DIONA,    13175 FOUNTAIN PK DR APT A217,    PLAYA VISTA, CA 90094
DA         TYSON TAKEUCHI,    TYSON TAKEUCHI ATTORNEY AT LAW,    3699 WILSHIRE BLVD  SUITE 1260,
             LOS ANGELES, CA 90010
T          NANCY K CURRY,    606 S. OLIVE ST, SUITE 1850,    LOS ANGELES, CA 90014
1          AMERICAN AGENCIES,    2158 W 190TH ST,    TORRANCE, CA 90504--6103
2          AMERICAN GENERAL FINANCE,    20038 HAWTHORNE BLVD,    TORRANCE, CA 90503--1518
3          ASSOC/CITI,    110 LAKE DR,    NEWARK, DE 19702--3317
5          CERTEGY PAYMENT RECOVERY,    PO BOX 30272,    TAMPA, FL 33630--3272
6          CITICORP CHOICE,    701 E 60TH ST N,    SIOUX FALLS, SD 57104--0432
7          COLLECTECH,    26541 AGOURA RD,    CALABASAS, CA 91302--1958
8          COMCAST,    PO BOX 173908,    DENVER, CO 80217--3908
9          CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,    CARROLLTON, TX 75007--1912
12         JC PENNEY,    PO BOX 960001,    ORLANDO, FL 32896--0001
14         MARLIN INTEGRATED CAPITAL,    PO BOX 8592,    PHILADELPHIA, PA 19101--8592
15         MEDICAL IMAGING CENTER OF SO CAL,    2827 WILSHIRE BLVD,    SANTA MONICA, CA 90403--4801
18         STATEWIDE CREDIT,    101 W OHIO ST STE 2150,    INDIANAPOLIS, IN 46204--4205
20         UNIFUND CO,    10751 MONTGOMERY RD,    CINCINNATI, OH 45242--3256
21         WELLS FARGO ED FIN SVC,    301 E 58TH ST N,    SIOUX FALLS, SD 57104--0422
22         WES FINANCIAL,    PO BOX 19752,    IRVINE, CA 92623--9752
23         UNITED STATES TRUSTEE,    725 S. FIGUEROA ST, 26th FLOOR,    LOS ANGELES, CA 90017
24         LOS ANGELES CITY CLERK,    P. O. BOX 53200,    LOS ANGELES, CA 90053-0200
25         EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
             SACRAMENTO, CA 94280-0001
26         FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX  2952,    SACRAMENTO, CA 95812-2952
```

The following entities were served by electronic transmission on Feb 20, 2004 and receipt of the transmission was confirmed on:
```
4          EDI: CAPITALONE.COM Feb 20 2004 21:34:00     CAPITAL ONE,   PO BOX 85015,   RICHMOND, VA 23285--5015
10         EDI: CREDPROT.COM Feb 20 2004 21:34:00     CREDIT PROTECTION,   13355 NOEL RD STE 2100,
             DALLAS, TX 75240--6837
11         EDI: CREDPROT.COM Feb 20 2004 21:34:00     CREDIT PROTECTION,   14001 DALLAS PKWY,
             DALLAS, TX 75240--4346
13         EDI: TSYS.COM Feb 20 2004 21:34:00     JC PENNEY,   PO BOX 27570,   ALBUQUERQUE, NM 87125--7570
16         EDI: WTRRNBANK.COM Feb 20 2004 21:34:00     MERVYN'S,   PO BOX 1334,   MINNEAPOLIS, MN 55440--1334
17         E-mail: bnc@nordstrom.com Feb 20 2004 21:38:12     NORDSTROM,   PO BOX 6566,
             ENGLEWOOD, CO 80155--6566
19         EDI: WTRRNBANK.COM Feb 20 2004 21:34:00     TARGET,   3701 WAYZATA BLVD,
             MINNEAPOLIS, MN 55416--3401
26         EDI: CALTAX.COM Feb 20 2004 21:34:00     FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,
             SACRAMENTO, CA 95812-2952
                                                                                                TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 22, 2004**           **Signature:**   *Joseph Speetjens*

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234