Name, Address and Telephone Number of Attorney(s) or Debtor In Pro Per
Tyson Takeuchi, Esq. SBN#177419
3699 Wilshire Blvd Suite 880
Los Angeles, CA 90010
213)637-1566
213)637-1569 fax

ORIGINAL

03/24/2004   **FILED**   14:38
**LA04-13573BR**
DEBTOR:
    MORRIS, MELODY DIONA
JUDGE: HON. B. Russell - 201
TRUSTEE:
CHAPTER: 13

| x | Attorney for Debtor(s) | (If applicable) Attorney's State Bar I.D. No. 177419 |
|---|---|---|
|   | Debtor In Pro Per |   |

**UNITED STATES BANKRUPTCY C(**
____Central____ **DISTRICT OF** California

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 720
RECEIPT NO: LA-009757  $ 15.00

List all names including trade names, used by Debtor(s) within last 6 years:
Melody Diona Morris

Chapter 13
Case No. LA04-13573-BR

Social Security No. 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     Debtor
Social Security No. _____  Joint Debtor
Debtor(s) EIN No. _____

DEBTOR'S CONVERSION OF CHAPTER 13 CASE
TO CHAPTER 7, AND PROOF OF SERVICE

Debtor hereby converts the above-entitled Chapter 13 case to a case under Chapter 7 of Title 11 of the United States Code, and pursuant to 11 U.S.C. § 1307(a) and Local General Order No. 1, Paragraph 28(B), makes the following representations:

- [x] The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. § 706, 1112, or 1208.

- [ ] The above-entitled case was commenced by the filing of a petition under Chapter _____ and was converted to a case under Chapter 13 on _____ .
  (date)

- [x] There is no motion for relief from the automatic stay pending against the debtor and no such motions have been filed in this case; or
  The following motion for relief from the automatic stay is pending against the debtor or was filed and resolved or dismissed prior hereto:

  _____
  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  23rd  day of  March , 2003 at  Los Angeles
Los Angeles , California
(City)                                                                            (State)
Presented by:
Tyson Takeuchi, Esq. SBN#177419                Melody Diona Morris
Attorney for Debtor                                      Debtor
                                                          Joint Debtor

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I served a copy of the foregoing Conversion to Chapter 7 on the Chapter 13 Trustee, all creditors and other parties in interest at the addresses indicated on the attached sheet(s).

Executed on  3/23/04 .  at  Los Angeles _____, California.

Armen Galstian

BK-009

American Agencies
2158 W 190th St
Torrance, CA   90504-6103


American General Finance
20038 Hawthorne Blvd
Torrance, CA   90503-1518


Assoc/Citi
110 Lake Dr
Newark, DE   19702-3317


Capital One
PO Box 85015
Richmond, VA   23285-5015


Certergy Payment Recovery
PO Box 30272
Tampa, FL   33630-3272


Citicorp Choice
701 E 60th St N
Sioux Falls, SD   57104-0432


Collectech
26541 Agoura Rd
Calabasas, CA   91302-1958


Comcast
PO Box 173908
Denver, CO   80217-3908


Credit Management
4200 International Pkwy
Carrollton, TX   75007-1912

CREDIT PROTECTION
13355 Noel Rd Ste 2100
Dallas, TX   75240-6837


CREDIT PROTECTION
14001 DALLAS PKWY
DALLAS, TX   75240-4346


Jc Penney
PO Box 960001
Orlando, FL   32896-0001


JC Penney
PO Box 27570
Albuquerque, NM   87125-7570


Marlin Integrated Capital
PO Box 8592
Philadelphia, PA   19101-8592


Medical Imaging Center Of So Cal
2827 Wilshire Blvd
Santa Monica, CA   90403-4801


MERVYN'S
PO BOX 1334
MINNEAPOLIS, MN   55440-1334


Nancy Curry Trustee
606 South Olive St Suite 1850
Los Angeles, CA   90014


NORDSTROM
PO BOX 6566
ENGLEWOOD, CO   80155-6566

```
Statewide Credit
101 W Ohio St Ste 2150
Indianapolis, IN   46204-4205


Target
3701 Wayzata Blvd
Minneapolis, MN   55416-3401


Unifund Co
10751 Montgomery Rd
Cincinnati, OH   45242-3256


US TRUSTEE LOS ANGELES
725 S Figueroa St Fl 26TH
Los Angeles, CA   90017-5524


Wells Fargo Ed Fin Svc
301 E 58th St N
Sioux Falls, SD   57104-0422


WFS Financial
PO Box 19752
Irvine, CA   92623-9752
```