Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
MORRIS, MELODY DIONA
**SSN:** XXX-XX-1706
**EIN:** N/A
13175 FOUNTAIN PK DR APT A217
PLAYA VISTA, CA 90094

**BANKRUPTCY NO.** LA 04-13573-BR

**CHAPTER** 7

    It appearing that the debtor is entitled to a discharge, IT IS ORDERED:  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Date: July 12, 2004

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98)  VAN-30

41 /OW

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property*:] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are.

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-2            User: OW                   Page 1 of 1              Date Rcvd: Jul 13, 2004
Case: 04-13573-BR               Form ID: VAN-30            Total Served: 31
```

The following entities were served by first class mail on Jul 15, 2004.
```
D        +MORRIS, MELODY DIONA,    13175 FOUNTAIN PK DR APT A217,    PLAYA VISTA, CA 90094-2024
DA       +TYSON TAKEUCHI,    TYSON TAKEUCHI ATTORNEY AT LAW,    3699 WILSHIRE BLVD  SUITE 1260,
           LOS ANGELES, CA 90010-2719
T        +JEFFREY I GOLDEN,    650 TOWN CENTER DR STE 950,    COSTA MESA, CA 92626-7021
1        +AMERICAN AGENCIES,    2158 W 190TH ST,    TORRANCE, CA 90504-6103
2        +AMERICAN GENERAL FINANCE,    20038 HAWTHORNE BLVD,    TORRANCE, CA 90503-1518
3        +ASSOC/CITI,    110 LAKE DR,    NEWARK, DE 19702-3317
5        +CERTEGY PAYMENT RECOVERY,    PO BOX 30272,    TAMPA, FL 33630-3272
6        +CITICORP CHOICE,    701 E 60TH ST N,    SIOUX FALLS, SD 57104-0432
7        +COLLECTECH,    26541 AGOURA RD,    CALABASAS, CA 91302-1958
8        +COMCAST,    PO BOX 173908,    DENVER, CO 80217-3908
9        +CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,    CARROLLTON, TX 75007-1912
12       +JC PENNEY,    PO BOX 960001,    ORLANDO, FL 32896-0001
14       +MARLIN INTEGRATED CAPITAL,    PO BOX 8592,    PHILADELPHIA, PA 19101-8592
15       +MEDICAL IMAGING CENTER OF SO CAL,    2827 WILSHIRE BLVD,    SANTA MONICA, CA 90403-4801
18       +STATEWIDE CREDIT,    101 W OHIO ST STE 2150,    INDIANAPOLIS, IN 46204-4217
20       +UNIFUND CO,    10751 MONTGOMERY RD,    CINCINNATI, OH 45242-3256
21       +WELLS FARGO ED FIN SVC,    301 E 58TH ST N,    SIOUX FALLS, SD 57104-0422
22       +WES FINANCIAL,    PO BOX 19752,    IRVINE, CA 92623-9752
23       +UNITED STATES TRUSTEE,    725 S. FIGUEROA ST, 26th FLOOR,    LOS ANGELES, CA 90017-5524
24        LOS ANGELES CITY CLERK,    P. O. BOX 53200,    LOS ANGELES, CA 90053-0200
25        EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
           SACRAMENTO, CA 94280-0001
26        FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX  2952,    SACRAMENTO, CA 95812-2952
29       +ASSET A ACCEPTANCE LLC,    C/O WELLS FARGO BANK,    PO BOX 2036,    WARREN, MI 48090-2036
```
The following entities were served by electronic transmission on Jul 13, 2004 and receipt of the transmission
was confirmed on:
```
4        +EDI: CAPITALONE.COM Jul 13 2004 23:15:00      CAPITAL ONE,   PO BOX 85015,   RICHMOND, VA 23285-5015
10       +EDI: CREDPROT.COM Jul 13 2004 23:15:00     CREDIT PROTECTION,    13355 NOEL RD STE 2100,
           DALLAS, TX 75240-6837
11       +EDI: CREDPROT.COM Jul 13 2004 23:15:00     CREDIT PROTECTION,    14001 DALLAS PKWY,
           DALLAS, TX 75240-4346
13       +EDI: TSYS.COM Jul 13 2004 23:15:00     JC PENNEY,    PO BOX 27570,    ALBUQUERQUE, NM 87125-7570
16       +EDI: WTRRNBANK.COM Jul 13 2004 23:15:00      MERVYN'S,    PO BOX 1334,   MINNEAPOLIS, MN 55440-1334
17       +E-mail: bnc@nordstrom.com Jul 13 2004 23:08:37      NORDSTROM,    PO BOX 6566,
           ENGLEWOOD, CO 80155-6566
19       +EDI: WTRRNBANK.COM Jul 13 2004 23:15:00      TARGET,    3701 WAYZATA BLVD,
           MINNEAPOLIS, MN 55416-3401
26        EDI: CALTAX.COM Jul 13 2004 23:15:00      FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,   P. O. BOX  2952,
           SACRAMENTO, CA 95812-2952
28        EDI: ECAST.COM Jul 13 2004 23:15:00     ECAST SETTLEMENT CORPORATION,    ASSOCIATES NATIONAL BANK,
           P O BOX 35480,    NEWARK, NJ 07193-5480
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 15, 2004**                    **Signature:** *Joseph Speetjens*